UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING SOLOMON,<br><br>           Plaintiff,<br><br>     v.<br><br>FNU TAPIA, ET. AL.,<br><br>           Defendants. | Case No.  1:22-cv-1604-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 8) |

Plaintiff King Solomon ("Plaintiff") initiated this action proceeding *pro se* by filing a complaint under 42 U.S.C. § 1983.  The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2023, the Magistrate Judge issued a findings and recommendations recommending the district court deny Plaintiff's motion to proceed *in forma pauperis*.  (ECF No. 8.)  The findings and recommendations served on Plaintiff contained notice that any objections were due within fourteen days.  (*Id.* at 1, 4.)  Plaintiff filed objections on January 17, 2023.  (ECF No. 9.)  Plaintiff argues he paid the $402.00 filing fee on this case and attaches a copy of his inmate statement report showing that a $402.00 filing fee was paid on May 10, 2022.  (*Id*. at 2-3).  Despite Plaintiff's assertion, he initiated this case on December 15, 2022, and could not pay the filing fee for the instant action which was commenced after May 10, 2022.  (*See* ECF No. 1).

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY,

1. The Findings and Recommendations issued on January 4, 2023, (ECF No. 8), are adopted in full;
2. Plaintiff is directed to pay the full filing fee in this matter if he wishes to proceed; and
3. Failure to comply with this order will result in the dismissal of this action for failure to prosecute and/or comply with the court's orders.

IT IS SO ORDERED.

Dated:   February 14, 2023

UNITED STATES DISTRICT JUDGE