Plaintiff's Name _KING SOLOMON_

Inmate No. _T02783_

Address _Corcoran State Prison_
_P.O. Box 3466_
_Corcoran, CA 93212-3466_

**FILED**

JUL 17 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_KING SOLOMON_

(Name of Plaintiff)

VS.

_Tapia_

(Names of all Defendants)

_1:22-cv-01604-ADA-HBK_

(Case Number)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

JUL 17 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A.  Have you brought any other lawsuits while a prisoner?  Yes____ No ✓

B.  If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below.  (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

_____

2.  Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3.  Docket Number _____    4.  Assigned Judge _____

5.  Disposition  (Was the case dismissed? Appealed?  Is it still pending?)

_____

6.  Filing Date (approx.) _____          7.  Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**     Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A.  Is there an inmate appeal or administrative remedy process available at your institution?

Yes___✓___   No_____

B.  Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes___✓___   No_____

C.  Is the process completed?

Yes___✓___             If your answer is yes, briefly explain what happened at each level.

*At the first level i was called to the Captain Office for an interview after the interview i heard the Officer did not deny my allegation, that when the process started being delayed, an act of deliberately slowing the completion.*

No_____             If your answer is no, explain why not.

N/A

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A.  Name _Tapia_____ is employed as _Correctional Officer_____

Current Address/Place of Employment _CSP. CDR P.D. Box 3481 Corcoran, CA 93212_

B. Name _____ is employed as _____

Current Address/Place of Employment _____ N/A _____

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

VIII Amendment, Shall not impose Cruel and Unusual Punishment.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On Friday July 2, 2021 C/o Tapia slap a cup of water out of my hands, and push me up-against a wall and then hit me in the face, push me again and hit me in the mouth over and over again merciless

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

N/A

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

N/A

## V. Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

I need Orthodontic surgery to repair my jaw and ease my pain, physical therapy, speech therapy. Also the doctor at CDCR i have spoken to inform me that it's a high probability that i would have pain in my jaw for the rest of my life. Petitioner request a monetary amount of Six million dollar to be made whole

I declare under penalty of perjury that the foregoing is true and correct.

Date: 14 July 2023     Signature of Plaintiff:

(Revised 4/4/14)