UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING SOLOMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAPIA,<br><br>　　　　　Defendant. | Case No. 1:22-cv-1604-KES-HBK (PC)<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING SETTLEMENT<br><br>JULY 14, 2025 DEADLINE |

　　　　The deadline for the parties to file dispositive motions passed, and neither party has filed a motion for summary judgment. *See* Case Management and Scheduling Order dated March 26, 2024 setting dispositive deadline of March 25, 2025 (Doc. No. 33 at 3). Thus, this case remains procedurally postured for trial.

　　　　A review of the file reveals that, to date, the parties have not engaged in a settlement conference. Prior to setting expert discovery deadlines, a pretrial conference and related deadlines, and trial date, the Court will afford the parties an opportunity to participate in a settlement conference. *See* Local Rule 270. Attempting to resolve this matter through settlement now would save the parties the time and expense of preparing for trial. The Court therefore will afford the parties 30 days from the date of this Order for the parties to meet and confer to resolve this matter among themselves and/or agree to a court mediated settlement conference. If,

however, after meeting and conferring, either party finds that a settlement conference before a U.S. Magistrate Judge would be a waste of judicial resources, the party may advise the Court that it does not believe a settlement conference will be productive and the Court will immediately set the case for trial.

Accordingly, it is **ORDERED**:

1. Within ten (10) days of receipt of this Order, the parties shall meet and confer to attempt to settle this matter or agree to participate in good faith in a settlement conference before a U.S. Magistrate Judge.

2. If the parties are not able to settle this matter or either party believes a settlement is not achievable, they shall notify the Court of the same **no later than July 14, 2025**. The Court will then set expert discovery deadlines, pretrial deadlines, and trial.

3. If neither party has notified the Court by July 14, 2025, the Court will assign this matter to a United States Magistrate Judge for conducting the settlement conference.

4. If the parties reach a settlement prior to the settlement conference, they SHALL file a Notice of Settlement as required by Local Rule 160.

Dated:   June 11, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2