# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING SOLOMON, | Case No. 1:22-cv-1604-KES-HBK (PC) |
| Plaintiff, | |
| v. | |
| TAPIA, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

**King Solomon, CDCR # T-02783**, a necessary and material witness in a settlement conference in this case on **August 26, 2025**, is confined in **California Department of Corrections and Rehabilitation, San Quentin Rehabilitation Center (SQRC)**, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto by **Zoom video conference** from his place of confinement on **Tuesday, August 26, 2025, at 10:00 AM**.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at SQRC at (415) 454-6288 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Magistrate Judge Sheila K. Oberto's courtroom deputy at wkusamura@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SQRC, 100 Main Street, San Quentin, CA 94964**

**WE COMMAND** you to produce the inmate named above to testify before Judge Magistrate Sheila K. Oberto at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   July 14, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

