# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING SOLOMON, | Case No. 1:22-cv-1604-KES-HBK (PC) |
| Plaintiff, | |
| v. | |
| TAPIA, | AMENDED[1] ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| Defendant. | |

**King Solomon, CDCR # T-02783**, a necessary and material witness in a pre-settlement conference in this case on **August 21, 2025**, is confined in **California Department of Corrections and Rehabilitation, San Quentin Rehabilitation Center (SQRC)**, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Sheila K. Oberto by **telephonic pre-settlement conference** from his place of confinement on **Thursday, August 21, 2025, at 4:00 PM**.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephone, to participate in a pre-settlement conference at the time and place above, until completion of the pre-settlement conference or as ordered by the court. The phone number and access code will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Office at SQRC at (415) 454-6288 or via email.

4. Any difficulties connecting to the telephonic pre-settlement conference shall immediately be reported to Magistrate Judge Sheila K. Oberto's courtroom deputy at wkusamura@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SQRC, 100 Main Street, San Quentin, CA 94964**

---

[1] On July 17, 2025, the August 20, 2025 pre-settlement conference was continued from to August 21, 2025. (*See* Doc. No. 54).

**WE COMMAND** you to produce the inmate named above to testify before Judge Magistrate Sheila K. Oberto at the time and place above, by telephone, until completion of the pre-settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   July 18, 2025

/s/ Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

